1    Christine DeSue
     Walter J. Leger, Jr.
2    Franklin G. Shaw
3    Leger, Shaw & DeSue
     600 Carondelet St.
4    9th Floor
     New Orleans, LA 70130
5    504-588-9043
     fax 504-588-9980
6
7    Attorneys for Plaintiffs,
     BRYAN WAGNER, ROSIE BLANCHE,
     ROY SAUCER, BRENDA CLARK,
8    THOMAS DREHER, EVVA HARRIS, JANE NAOMI

9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11

12

13    _____   )
14                                          )
      IN RE: BEXTRA AND CELEBREX            )   **MDL NO. 1699**
15    MARKETING SALES PRACTICES AND         )   **District Judge:  Charles R. Breyer**
      PRODUCT LIABILITY LITIGATION          )
16    _____   )
      *This document relates to:*           )
17                                          )
      Mark Beard, et al.                    )   **STIPULATION AND ORDER OF**
18                                          )   **DISMISSAL WITHOUT PREJUDICE**
                             Plaintiffs,    )   **ONLY AS TO INDIVIDUAL CASES OF**
19                                          )   **BRYAN WAGNER, ROSIE BLANCHE,**
                    vs.                     )   **ROY SAUCER, BRENDA CLARK,**
                                            )   **THOMAS DREHER, EVVA HARRIS**
20    Pfizer, Inc., et al.                  )   **and JANE NAOMI FILED UNDER**
21                            Defendants.   )   **CASE NO. 06-2474 CRB INVOLVING**
                                            )   **MULTIPLE PLAINTIFFS**
22    Case No. 06-2474 CRB

23
          **STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE**
24
25         IT IS HEREBY STIPULATED AND AGREED by and between the following specific

26    Plaintiffs Bryan Wagner, Rosie Blanche, Roy Saucer, Brenda Clark, Thomas Dreher, Evva

27    Harris and Jane Naomi ("Plaintiffs") and Defendants Pfizer, Inc., Pharmacia Corporation and

28    G.D.Searle, L.L.C. ("Pfizer"), pursuant to Fed. R. Civ. P. 41(a)(1), to a dismissal without

                                         -1-

prejudice of the following Plaintiffs' claims which were filed in a multi-plaintiff Complaint against Defendants:

1.    Bryan Wagner

2.    Rosie Blanche

3.    Roy Saucer

4.    Brenda Clark

5.    Thomas Dreher

6.    Evva Harris

7.    Jane Naomi

This Stipulation and Order, however, is a partial dismissal in that it does not affect any claims, counterclaims and issues by and between Defendants and the remaining Plaintiffs.

Specifically, the parties hereby stipulate and agree as follows:

1.    Plaintiffs, Bryan Wagner, Rosie Blanche, Roy Saucer, Brenda Clark,Thomas Dreher, Evva Harris and Jane Naomi, dismiss their individual causes of action [which were filed within the Multi-Plaintiff Complaint] without prejudice.

2.    This dismissal is voluntary and not on the merits.  Plaintiffs certify that no other causes of action based on these claims have been previously dismissed in any Federal or State court.

3.    Plaintiffs agree that in the event they  re-file a lawsuit against Pfizer that contains claims relating to Bextra® and Celebrex®, such lawsuits will be filed in a United States District Court;

4.    Plaintiffs further agree that in the event they re-file such lawsuits, any discovery that has taken place or will take place in *In Re Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation* (MDL-1699), the MDL proceeding that has been established in the United States District Court for the Northern District of California, and that is not specific to

-2-

1   a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs

2   had been parties and had an opportunity to participate in that discovery.

3       5.      Each party will bear their own fees, expenses and costs.

4

5       Plaintiffs and Defendants agree to the above-stated conditions and the specific Plaintiffs

6   wish to dismiss their claims in the instant lawsuit without prejudice, subject to the conditions

    stated above.

7

8       WHEREFORE, the parties hereto stipulate to the dismissal of the claim of Plaintiffs

9   Bryan Wagner, Rosie Blanche, Roy Saucer, Brenda Clark, Thomas Dreher, Evva Harris and Jane

10  Naomi in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated

    above.

11

12      DATED:  February 7, 2007.

13                              By:__/s/ Christine L. DeSue_____
                                    Christine DeSue
14                                  Walter J. Leger, Jr.
                                    Franklin G. Shaw
15                                  Leger, Shaw & DeSue
                                    600 Carondelet Street, 9th Floor
16                                  New Orleans, LA 70130
                                    Telephone:  (504) 588-9043
17                                  Facsimile:  (504) 588-9980

18                                  Attorneys for Plaintiffs,
                                    Bryan Wagner, Rosie Blanche,
19                                  Roy Saucer, Brenda Clark,
                                    Thomas Dreher, Evva Harris
20                                  and Jane Naomi

21          DATED:  February _X_, 2007.

22

23                              By:_____
                                    Stuart M. Gordon
                                    Gordon & Rees, L.L.P.
                                    275 Battery St., Suite 2000
                                    San Francisco, CA 94111
                                    Telephone:  (415) 986-6900
                                    Telecopier:  (415) 262-3801

                                    Attorneys for Defendants

28          February 12, 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer