Christine DeSue
Walter J. Leger, Jr.
Franklin G. Shaw
Leger, Shaw & DeSue
600 Carondelet St.
9th Floor
New Orleans, LA 70130
504-588-9043
fax 504-588-9980

Attorneys for Plaintiffs,
ROBERT HUGHES, SR. and
SHARON SUMLER O/B/O
BETTY SUMLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This document relates to: | |
| Mark Beard, et al.<br><br>                    Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>                    Defendants. | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO THE INDIVIDUAL CASE OF ROBERT HUGHES, SR. and SHARON SUMLER O/B/O BETTY SUMLER FILED UNDER CASE NO. 06-2474 CRB INVOLVING MULTIPLE PLAINTIFFS |
| Case No. 06-2474 CRB | |

**STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the following specific Plaintiffs Robert Hughes, Sr. and Sharon Sumler /o/b/o Betty Sumler ("Plaintiffs") and Defendants Pfizer, Inc., Pharmacia Corporation and G.D.Searle, L.L.C. ("Pfizer"), pursuant to Fed. R. Civ. P. 41(a)(1), to a dismissal without prejudice of the following Plaintiffs' claims which were filed in a multi-plaintiff Complaint against Defendant:

-1-

1.     Robert Hughes, Sr.

2.     Sharon Sumler o/b/o Betty Sumler

This Stipulation and Order, however, is a partial dismissal in that it does not affect any claims, counterclaims and issues by and between Defendants and the remaining Plaintiffs.

Specifically, the parties hereby stipulate and agree as follows:

1.     Plaintiffs, Robert Hughes, Sr. and Sharon Sumler o/b/o Betty Sumler dismiss their individual causes of action [which were filed within the Multi-Plaintiff Complaint] without prejudice.

2.     This dismissal is voluntary and not on the merits. Plaintiffs certify that no other causes of action based on these claims have been previously dismissed in any Federal or State court.

3.     Plaintiffs agree that in the event they re-file a lawsuit against Pfizer that contains claims relating to Bextra® and Celebrex®, such lawsuit will be filed in a United States District Court;

4.     Plaintiffs further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place in *In Re Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation* (MDL-1699), the MDL proceeding that has been established in the United States District Court for the Northern District of California, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs had been a party and had an opportunity to participate in that discovery.

5.     Each party will bear their own fees, expenses and costs.

Plaintiffs and Defendants agree to the above-stated conditions and the specific Plaintiffs wish to dismiss their claims in the instant lawsuit without prejudice, subject to the conditions stated above.

WHEREFORE, the parties hereto stipulate to the dismissal of the claim of Plaintiffs in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Stipulation and Order of Dismissal Without Prejudice

1
2
3
4   DATED: February 13, 2007.
5
                                By: /s/ Christine L. DeSue
                                    Christine DeSue
6                                   Walter J. Leger, Jr.
                                    Franklin G. Shaw
7                                   Leger, Shaw & DeSue
                                    600 Carondelet Street, 9th Floor
8                                   New Orleans, LA 70130
                                    Telephone: (504) 588-9043
9                                   Facsimile: (504) 588-9980

10                                  Attorneys for Plaintiffs,
                                    Robert Hughes, Sr. and
11                                  Sharon Sumler o/b/o Betty Sumler

12
13  DATED: February 16, 2007.
14
                                By: /s/ Stuart M. Gordon
15                                  Stuart M. Gordon
                                    Gordon & Rees, L.L.P.
16                                  275 Battery St., Suite 2000
                                    San Francisco, CA 94111
17                                  Telephone: (415) 986-6900
                                    Telecopier: (415) 262-3801

18                                  Attorneys for Defendants
19
20
21
22                              IT IS SO ORDERED
23
24  February 26, 2007           Judge Charles R. Breyer
                                UNITED STATES DISTRICT COURT
                                NORTHERN DISTRICT OF CALIFORNIA
25
26
27
28

PFZR/1035934/1134750v.1

Stipulation and Order of Dismissal Without Prejudice