Christine DeSue
Walter J. Leger, Jr.
Franklin G. Shaw
Leger, Shaw & DeSue
600 Carondelet St.
9th Floor
New Orleans, LA 70130
504-588-9043
fax 504-588-9980

Attorneys for Plaintiffs,
EARL DAVIS, JR. AND
EBERT VAN BUREN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| *This document relates to:* | |
| Mark Beard, et al.<br><br>                    Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO INDIVIDUAL CASES OF EARL DAVIS, JR. AND EBERT VAN BUREN FILED UNDER CASE NO. 06-2474 CRB INVOLVING MULTIPLE PLAINTIFFS** |

Case No. 06-2474 CRB

**STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the following specific Plaintiffs Earl Davis, Jr. and Ebert Van Buren ("Plaintiffs") and Defendants Pfizer, Inc., Pharmacia Corporation and G.D.Searle, L.L.C. ("Pfizer"), pursuant to Fed. R. Civ. P. 41(a)(1), to a dismissal without prejudice of the following Plaintiffs' claims which were filed in a multi-plaintiff Complaint against Defendants:

1.     Earl Davis, Jr.

2.     Ebert Van Buren

This Stipulation and Order, however, is a partial dismissal in that it does not affect any claims, counterclaims and issues by and between Defendants and the remaining Plaintiffs.

Specifically, the parties hereby stipulate and agree as follows:

1.     Plaintiffs, Earl Davis, Jr. and Ebert Van Buren, dismiss their individual causes of action [which were filed within the Multi-Plaintiff Complaint] without prejudice.

2.     This dismissal is voluntary and not on the merits. Plaintiffs certify that no other causes of action based on these claims have been previously dismissed in any Federal or State court.

3.     Plaintiffs agree that in the event they re-file a lawsuit against Pfizer that contains claims relating to Bextra® and Celebrex®, such lawsuits will be filed in a United States District Court;

4.     Plaintiffs further agree that in the event they re-file such lawsuits, any discovery that has taken place or will take place in *In Re Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation* (MDL-1699), the MDL proceeding that has been established in the United States District Court for the Northern District of California, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs had been parties and had an opportunity to participate in that discovery.

5.     Each party will bear their own fees, expenses and costs.

Plaintiffs and Defendants agree to the above-stated conditions and the specific Plaintiffs wish to dismiss their claims in the instant lawsuit without prejudice, subject to the conditions stated above.

WHEREFORE, the parties hereto stipulate to the dismissal of the claim of Plaintiffs Earl Davis, Jr. and Ebert Van Buren in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

1   DATED: March 9, 2007.

2                                       By: /s/ Christine L. DeSue
3                                           Christine DeSue
                                            Walter J. Leger, Jr.
4                                           Franklin G. Shaw
                                            Leger, Shaw & DeSue
5                                           600 Carondelet Street, 9th Floor
                                            New Orleans, LA 70130
6                                           Telephone: (504) 588-9043
                                            Facsimile: (504) 588-9980
7
                                            Attorneys for Plaintiffs,
8                                           Earl Davis, Jr. and Ebert Van Buren

9   DATED: March 9, 2007.
10
11                                      By: [signature]
                                            Stuart M. Gordon
12                                          Gordon & Rees, L.L.P.
                                            275 Battery St., Suite 2000
13                                          San Francisco, CA 94111
                                            Telephone: (415) 986-6900
14                                          Telecopier: (415) 262-3801

15                                          Attorneys for Defendants

16

17

18

19
                                        March 16, 2007
20

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

-3-

Stipulation and Order of Dismissal Without Prejudice