IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____ / | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

Mary Brady,  06-2474 CRB
_____ /

By Order dated April 17, 2007, the Court granted the motion of the law firm of Leger, Shaw & DeSue to withdraw as counsel of record for Mary Brady in case number 06-2479 and dismissed the case for a failure to prosecute.  It has come to the Court's attention that counsel had moved to withdraw for Mary Brady in another case in which she makes the same claims as the dismissed case, namely, 06-2474 CRB.  For the reasons stated in the April 17, 2007 order granting the motion to withdraw and dismissing plaintiff's claims in 06-2479, the motion to withdraw in this case is granted and plaintiff's claims are dismissed for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 22, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\orderre06-2474.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2005\1699\dismissalorders\orderre06-2474.wpd